■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRES DIAZ-OLMO, Appellant. [48 NYS3d 618]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Shillingford, J.), rendered July 23, 2014, convicting him of criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see People v Danielson*, 9 NY3d 342, 349 [2007]; *People v Perry*, 122 AD3d 775 [2014]; *People v Kenner*, 77 AD3d 853 [2010]; *People v Wade*, 41 AD3d 288 [2007]). Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d at 348), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]). Austin, J.P., Miller, LaSalle and Connolly, JJ., concur.